
RECEIVED
CHARLOTTE, N.C.
JUN 02 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.
JUL 25 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: Letter of Request for )
Judicial Assistance from )
The Office of the Public )
Prosecutor for the Sertã ) MISC. No. 3:05MC213-MU
District Judicial Court, )
Sertã, Portugal )

## ORDER

WHEREAS, the United States of America, by James M. Sullivan, Assistant United States Attorney for the Western District of North Carolina, on behalf of the Office of the Public Prosecutor for the Sertã District Judicial Court, Sertã, Portugal, is seeking to obtain certain information from Bank of America, for use in connection with a judicial proceeding in the Office of the Public Prosecutor for the Sertã District Judicial Court, Sertã, Portugal, and for good cause shown;

NOW THEREFORE, it is hereby

ORDERED, pursuant to Title 28, United States Code section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that James M. Sullivan, Assistant United States Attorney, Western District of North Carolina, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain bank account information from Bank of America; to submit said information to the United States Attorney for the Western District of North Carolina for transmission to the United States Department of Justice or its designee; and to do all else that may be necessary for the accomplishment of the purpose of this Order.


AUSA

This the 22d day of July, 2005.

*Graham C. Mullen*
UNITED STATES DISTRICT JUDGE